IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DENISE S. ARMSTRONG, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:14-1270 |
| TENNESSEE EDUCATION LOTTERY CORPORATION, | ) | Judge Haynes |
| | ) | Jury Demand |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

Comes now Plaintiff, Denise S. Armstrong, by and through undersigned counsel, and pursuant to Rule 16(b)(4), F.R.C.P., respectfully moves this Court for leave to file pages in excess of twenty (20), the limitation set forth in the Case Management Order. For cause, Plaintiff states that in order to fully respond to Defendant's Motion and support Plaintiff's position, she requires additional pages. Specifically, Plaintiff's brief is just five pages longer than the limit of twenty.

Wherefore, good cause being shown, and in the interest of fairness and being able to adequately respond to Defendant's Motion, the Plaintiff respectfully moves this Court to enter an order allowing her to exceed the twenty page limitation for her brief in opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/ Andy L. Allman
Andy L. Allman, BPR. No. 17857
131 Saundersville Rd., Suite 110
Hendersonville, Tennessee 37075
Phone: (615) 933-0110
Facsimile: (615) 265-8766
andylallman@comcast.net

9